UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. HAYS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>J. HAMLET, Warden, et.al.,<br><br>　　　　Respondents. | NO. EDCV 02-478-GAF (CW)<br><br><br>ORDER ACCEPTING SECOND<br>REPORT AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Second Report and Recommendation of the United States Magistrate Judge and objections thereto.  The court has made a <u>de novo</u> determination with respect to those portions of the Second Report and Recommendation to which objection has been made.

　　　**IT IS ORDERED**: (1) that the Second Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered denying the petition and dismissing this action with prejudice.

1

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED:  2/2/11

_____
GARY A. FEESS
United States District Judge