UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN R. HAYS, | ) | NO. EDCV 02-478-GAF (CW) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| J. HAMLET, Warden, et.al., | ) ) | |
| Respondents. | ) ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 3/2/11

/s/ Gary A. Feess
GARY A. FEESS
United States District Judge

1